1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Dan Brown

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | DAN BROWN,                              | ) Case No.: SA CV 08-1057-PLA
12 |         Plaintiff,                      | ) ORDER AWARDING EQUAL
                                              ) ACCESS TO JUSTICE ACT
13 |    vs.                                  | ) ATTORNEY FEES PURSUANT TO
                                              ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE, Commissioner         )
   | of Social Security,                     )
15 |                                         )
   |         Defendant                       )
16 |                                         )
17 |_____)

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

21 rights, the amount of $4,200.00, as authorized by 28 U.S.C. § 2412(d), subject to

22 the terms of the above-referenced Stipulation.

23 DATE:  January 26, 2010

   _____
24 PAUL L. ABRAMS,
   UNITED STATES MAGISTRATE JUDGE
25

26

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ Steven G. Rosales
   _____
4  Steven G. Rosales
   Attorney for plaintiff Dan Brown

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26